UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA L., an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:22-00143 VBF (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　Because no party has objected to the United States Magistrate Judge's Report and the Court finds no error of law, fact or logic therein, the Court ADOPTS the Report & Recommendation and AFFIRMS the Commissioner's denial of benefits.  Final judgment will be entered by separate document.  This case is TERMINATED and CLOSED.


　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank

DATED:  August 15, 2024　　　　　　_____

　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　 Senior United States District Judge