JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA L., an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:22-00143 VBF (ADS)<br><br>JUDGMENT |

The Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.  IT IS SO ADJUDGED.

/s/ Valerie Baker Fairbank

DATED:  August 15, 2024　　　　　　_____

　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　Senior United States District Judge